FILED

08 MAY 23 PM 3:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1694 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RICARDO HERRERA-ARTEAGA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about April 28, 2008, within the Southern District of California, defendant RICARDO HERRERA-ARTEAGA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

CJB:em:San Diego
5/23/08

It is further alleged that defendant RICARDO HERRERA-ARTEAGA was removed from the United States subsequent to November 28, 2005.

DATED: May 23, 2008.

A TRUE BILL:

*/s/* Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/*
CARLA J. BRESSLER
Assistant U.S. Attorney