1 | ROBERT E. SCHROTH, SR, ESQ. (SBN 103063)
2 | 2044 First Avenue, Suite 200
    | San Diego, California 92101
    | Telephone: (619) 233-7521
3 | Facsimile:  (619) 233-4516

4 | Attorney for Defendant: RICARDO HERRERA-ARTEAGA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

(Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICARDO HERRERA-ARTEAGA,<br><br>    Defendant. | Criminal Case No.:   08cr1694 - WQH<br>Magistrate Case No.:   08mj1338<br><br>**NOTICE OF DEFENSE OF INSANITY AND/OR DIMINISHED CAPACITY AND EXPERT TESTIMONY OF DEFENDANT'S MENTAL CONDITION**<br><br>Date:   July 7, 2008<br>Time:   2:00 p.m.<br>Judge:   Hon. William Q. Hayes |

**TO UNITED STATES ATTORNEY KAREN P. HEWITT, ASSISTANT UNITED STATES ATTORNEY CAROLINE HAN:**

Pursuant to Federal Rule of Criminal Procedure 12.2(a) and/or (b), the defendant, Ricardo Herrera-Arteaga, hereby notifies the attorney for the government of the possibility of introducing expert testimony relating to a mental disease, defect, or any other mental condition of the defendant bearing upon the issue of guilt.

Respectfully Submitted this 8th day of July, 2008.

**SCHROTH & SCHROTH**


By:   /s/ Robert Schroth Sr.
    ROBERT E. SCHROTH, Sr.
    Attorney for Defendant

- 1 -

NOTICE OF DEFENSE OF INSANITY AND/OR DIMINISHED CAPACITY

U. S. v. HERRERA-ARTEAGA.

Case 3:08-cr-01694-WQH    Document 11    Filed 07/08/2008    Page 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DEFENSE OF INSANITY AND/OR DIMINISHED CAPACITY

U. S. v. HERRERA-ARTEAGA.

1    Re:    USA v. Herrera-Arteaga
     Criminal Case No:   08cr1694-WQH
2
## PROOF OF SERVICE BY MAIL
3
### STATE OF CALIFORNIA COUNTY OF SAN DIEGO
4

5       I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

6       On July 8, 2008, I served the following document(s) described as:

7    **NOTICE OF DEFENSE OF INSANITY AND/OR DIMINISHED CAPACITY AND EXPERT TESTIMONY OF DEFENDANT'S MENTAL CONDITION**

8

On the interested parties to this action by efile service:

9

Karen P. Hewitt
United States Attorney,
Caroline Han
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101


I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


  __s/ Robert E. Schroth Sr._____
         Robert E. Schroth Sr.